**Greg GIVENS, Plaintiff–Appellant,**

v.

**William CRISWELL; Rebecca Randolph; John Doe, 1, individually and collectively, Defendants–Appellees,**

**and**

**Main Street Bank; United Bank, d/b/a United National Bank; United Bank–Dunbar, d/b/a United National Bank; Roselyn J. Cantini, United Bank; Ohio County, West Virginia, Ohio County Prosecutor Office; Wheeling Police Department, Defendants.**

No. 10–1916.

United States Court of Appeals, Fourth Circuit.

Submitted: April 21, 2011.

Decided: April 26, 2011.

Greg Givens, Appellant pro se. Lee Murray Hall, Jenkins Fenstermaker, PLLC, Huntington, West Virginia; Keith C. Gamble, Pullin, Fowler, Flanagan, Brown & Poe, PLLC, Morgantown, West Virginia; James Thomas McClure, Gompers, McCarthy & McClure, Wheeling, West Virginia, for Appellees.

Before WILKINSON, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Greg Givens appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Givens v. Criswell,* No. 5:08–cv–00025–FPS–JSK, 2010 WL 2925942 (N.D.W.Va. July 22, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*